```
 1  HEATHER E. WILLIAMS, Bar 122664
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Research and Writing Attorney
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    SIJIAN CHEN
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. 13-0190-EFB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| SIJIAN CHEN, | ) | Date: July 1, 2013 |
| | ) | Time: 2:00 p.m. |
| Defendant. | ) | Judge: Hon. Kendall J. Newman |
| _____ | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney CHRISTIAAN HIGHSMITH and Research and Writing Attorney RACHELLE BARBOUR for defendant SIJIAN CHEN, that the further arraignment currently set for Monday, June 24, 2013 be continued to Monday, July 1, 2013 at 2:00 p.m.

    The reason for this continuance is to allow time for the defendant's immigration attorney to consult with his client prior to the next scheduled court date and to counsel him on any immigration consequences of the current proceeding.  The Federal Defender's Office anticipates requesting full appointment as counsel in this case.

United States Probation Officer Julie Besabe has no objection to this continuance.

Dated:   June 20, 2013              Respectfully submitted,

                                    HEATHER E. WILLIMS
                                    Federal Defender


                                    /s/ Rachelle Barbour
                                    _____
                                    RACHELLE BARBOUR
                                    Research and Writing Attorney
                                    Attorney for Defendant
                                    SIJIAN CHEN



                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated: June 20, 2013                /s/ Rachelle Barbour for
                                    _____
                                    CHRISTIAAN HIGHSMITH
                                    Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:   June 24, 2013
                                    _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE